IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMIBA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LARRY PHILPOT,                                        :

                       Plaintiff,        :

                  v.                 :        Case No. 1:17-cv-1421

INGRAHAM MEDIA GROUP, INC.,                 :

                  Defendant.         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

COMPLAINT

Plaintiff Larry Philpot ("Philpot"), by his undersigned counsel, for his complaint against

defendant Ingraham Media Group, Inc. ("Ingraham Media"), alleges:

Nature of the Action

1.      Philpot is bringing this copyright infringement action to obtain damages resulting

from the unauthorized copying and public display of Philpot's photographs of the singers and

songwriters (i) Ted Nugent (the "Nugent Photograph"), (ii) Willie Nelson (the "Nelson

Photograph"), and (iii) Kid Rock (the "Kid Rock Photograph"), for which Philpot owns the

copyrights (the "Nugent Copyright," "Nelson Copyright," and "Kid Rock Copyright"

respectively).

Jurisdiction and Venue

2.      This Court has subject matter jurisdiction over the claims asserted in this action

pursuant to 28 U.S.C. § 1331 and § 1338(a) because they arise under the Copyright Act, 17

U.S.C. § 101 *et seq.*

3.      Venue is proper in this District pursuant to 28 U.S.C. § 1400(a) because Ingraham Media has its principal place of business in this District.

4.      The Court has personal jurisdiction over Ingraham Media because it has its principal place of business in this District.

The Parties to this Action

5.      Philpot is a natural person having a place of business at 12527 Winding Creek Lane, Indianapolis, Indiana 46236.  Philpot is a professional music photojournalist.

6.      Upon information and belief, Ingraham Media is a corporation organized and existing under the laws of the State of Delaware, with its principal places of business at 4070 52nd Street NW, Washington, D.C. 20016.  At all relevant times, Ingraham Media has owned and operated the website located at the URL www.lifezette.com.

Background

A.      Philpot's Ownership of the Photographs

7.      Philpot created the Nugent Photograph, a copy of which is attached as Exhibit A.

8.      Philpot is the author of the Nugent Photograph, and has, at all times been the sole owner of all right, title, and interest in the Nugent Copyright.

9.      Philpot registered the Nugent Copyright, in a collection of photographic works, with the United States Copyright Office.  On or about August 21, 2013, Philpot received for these works United States Copyright Registration Number VAu 1-164-624, which is valid and enforceable.  A true and correct copy of the certificate of registration is attached as Exhibit B.

10.      Philpot created the Nelson Photograph, a copy of which is attached as Exhibit C.

11.      Philpot is the author of the Nelson Photograph, and has, at all times been the sole owner of all right, title, and interest in the Nelson Copyright.

12.     Philpot registered the Nelson Copyright, in a collection of photographic works, with the United States Copyright Office.  On or about September 5, 2012, Philpot received for these works United States Copyright Registration Number VAu 1-132-411, which is valid and enforceable.  A true and correct copy of the certificate of registration is attached as Exhibit D.

13.     Philpot created the Kid Rock Photograph, a copy of which is attached as Exhibit E.

14.     Philpot is the author of the Kid Rock Photograph, and has, at all times been the sole owner of all right, title, and interest in the Kid Rock Copyright.

15.     Philpot registered the Kid Rock Copyright, in a collection of photographic works, with the United States Copyright Office.  On or about December 9, 2013, Philpot received for these works United States Copyright Registration Number VAu 1-182-727, which is valid and enforceable.  A true and correct copy of the certificate of registration is attached as Exhibit F.

B.     Ingraham Media's Infringing Activities

    i.     The Nugent Photograph

16.     Upon information and belief, on or about June 16, 2017, an employee or agent of Ingraham Media (i) made a copy of the Nugent Photograph on a computer, (ii) uploaded the Nugent Photograph to the URL http://cdn.lifezette.com/wp-content/uploads/2017/06/ted1_ 1170x880_acf_ cropped-360x210.jpg (the "First Nugent URL"), and (iii) using HTML source code, caused a thumbnail version of the First Nugent URL to appear when the article entitled *Ted Nugent Is Doing This in the Wake of the Virginia Shootings* at the URL http://www.lifezette.com/popzette/ted-nugent-is-doing-this-in-the-wake-of-the-virginia-shootings/ (the "First Nugent Article") appeared in a search result.  A true copy of the Nugent Photograph in the search results for the First Nugent Article is on the first page of the attached

Exhibit G.  Upon information and belief, Ingraham Media's purpose in using the Nugent Photograph in this manner was to improve the quality of the website, and encourage users to click on Ingraham Media's content and ads, generating advertising revenue for Ingraham Media.

17.     Upon information and belief, on or about May 19, 2017, an employee or agent of Ingraham Media (i) made a copy of the Nugent Photograph on a computer, (ii) uploaded the Nugent Photograph to the URL http://cdn.lifezette.com/wp-content/uploads/2017/05/ Ted_Nugent_ 2013_1170x880_acf_cropped-360x210.jpg (the "Second Nugent URL"),  and (iii) using HTML source code, caused a thumbnail version of the Second Nugent URL to appear when the article entitled *This Conservative Celebrity Might Run for Office* at the URL http://www.lifezette.com/popzette/conservative-celebrity-might-run-office/ (the "Second Nugent Article") appeared in a search result.  A true copy of the Nugent Photograph in the search results of the Second Nugent Article is on the second page of the attached as Exhibit G.  Upon information and belief, Ingraham Media's purpose in using the Nugent Photograph in this manner was to improve the quality of the website, and encourage users to click on Ingraham Media's content and ads, generating advertising revenue for Ingraham Media.

18.     Upon information and belief, on or about April 24, 2017, an employee or agent of Ingraham Media (i) made a copy of the Nugent Photograph on a computer, (ii) uploaded the Nugent Photograph to the URL http://cdn.lifezette.com/wp-content/uploads/2017/04/nugent-1- 1140x420.jpg (the "Third Nugent URL"), and (iii) published an article entitled *Ted Nugent Says 'Substance Abuse' Has Ruined Anti-Trumper David Crosby* at the URL http://www.lifezette.com /popzette/ted-nugent-says-substance-abuse-has-ruined-anti-trumper-david-crosby/ (the "Third Nugent Article") that displayed the Third Nugent URL.  A true copy of the Nugent Photograph with the Third Nugent Article is attached as Exhibit H.  Upon information and belief, Ingraham

Media's purpose in using the Nugent Photograph in this manner was to improve the quality of the website, and encourage users to click on Ingraham Media's content and ads, generating advertising revenue for Ingraham Media.

19.     Upon information and belief, at all relevant times, Ingraham Media has been the registrant for the domain name Lifezette.com (the "Domain"), and has owned and controlled the server for the domain name "Lifezette.com" (the "Server").

20.     Upon information and belief, Ingraham Media never licensed the Nugent Photograph from Philpot, or had Philpot's permission to copy or display the Nugent Photograph.

21.     Ingraham Media did not credit Philpot as the author of the Nugent Photograph.

ii.     The Nelson Photograph

22.     Upon information and belief, on or about June 10, 2015, an employee or agent of Ingraham Media (i) made a copy of the Nelson Photograph on a computer, (ii) uploaded the Nelson Photograph to the URL http://cdn.lifezette.com/wp-content/uploads/2015/06/One-Third-360x21081.jpg (the "Nelson URL"), and (iii) using HTML source code, caused a thumbnail version of the Nelson URL to appear when an article entitled *Nelson's Complicated 'Story'* at the URL http://www.lifezette.com/popzette/willie-nelsons-story-teems-with-sin-salvation/ (the "Nelson Article") appeared in a search result.  A true copy of the Nelson Photograph in the search results for the Nelson Article is attached as Exhibit I.  Upon information and belief, Ingraham Media's purpose in using the Nelson Photograph in this manner was to improve the quality of the website, and encourage users to click on Ingraham Media's content and ads, generating advertising revenue for Ingraham Media.

23.     Upon information and belief, at all relevant times, Ingraham Media has been the registrant for the Domain and has owned and controlled the Server.

24.     Upon information and belief, Ingraham Media never licensed the Nelson Photograph from Philpot, or had Philpot's permission to copy or display the Nelson Photograph.

25.     Ingraham Media did not credit Philpot as the author of the Nelson Photograph.

iii.     The Kid Rock Photograph

26.     Upon information and belief, on or about July 12, 2017, an employee or agent of Ingraham Media (i) made a copy of the Kid Rock Photograph on a computer, (ii) uploaded the Kid Rock Photograph to the URL http://16344-presscdn-0-70.pagely.netdna-cdn.com/wp-content/uploads/2017/07/640px-Kid_Rock_2013_1170x880_acf_cropped-360x210.jpg (the "Kid Rock URL"), and (iii) using HTML source code, caused a thumbnail version of the Kid Rock URL to appear when an article entitled *Kid Rock Might Be Running for Senate* at the URL http://www.lifezette.com/popzette/kid-rock-might-running-senate/ (the "Kid Rock Article") appeared in a search result.  A true copy of the Kid Rock Photograph in the search results for the Kid Rock Article is attached as Exhibit J.  Upon information and belief, Ingraham Media's purpose in using the Kid Rock Photograph in this manner was to improve the quality of the website, and encourage users to click on Ingraham Media's content and ads, generating advertising revenue for Ingraham Media.

27.     Upon information and belief, at all relevant times, Ingraham Media has been the registrant for the Domain and has owned and controlled the Server.

28.     Upon information and belief, Ingraham Media never licensed the Kid Rock Photograph from Philpot, or had Philpot's permission to copy or display the Kid Rock Photograph.

29.     Ingraham Media did not credit Philpot as the author of the Kid Rock Photograph.

A FIRST CLAIM FOR RELIEF
(Infringement of the Nugent Copyright – 17 U.S.C. §§ 106, 501)

30.     Philpot incorporates by reference each allegation contained in Paragraphs 1 through 29 above.

31.     Philpot owns the Nugent Copyright and the copyright registration for it, which are both valid and enforceable.

32.     Ingraham Media infringed Philpot's Nugent Copyright in at least the following ways.

A.     Liability for Reproduction under 17 U.S.C. § 106(1)

33.     Ingraham Media infringed the Nugent Copyright by reproducing the Nugent Photograph on a hard drive and on the server at the First Nugent URL, Second Nugent URL, and/or Third Nugent URL in violation of 17 U.S.C. § 106(1).

B.     Liability for Public Display under 17 U.S.C. § 106(5)

34.     Ingraham Media infringed the Nugent Copyright by publicly displaying the Nugent Photograph on the Internet at the First Nugent URL, Second Nugent URL, Third Nugent URL, and/or in the Nugent Article in violation of 17 U.S.C. § 106(5).

35.     Upon information and belief, the foregoing acts of infringement by Ingraham Media were willful and/or in reckless disregard of Philpot's rights.

36.     As a direct result of Ingraham Media's infringements of the Nugent Copyright, Philpot is entitled, pursuant to 17 U.S.C. § 504(b), to his damages and/or Ingraham Media's profits from the infringement.

37.     Alternatively, Philpot is entitled to statutory damages pursuant to 17 U.S.C. § 504(c) of up to $150,000 for the willful infringement of the Nugent Copyright.

A SECOND CLAIM FOR RELIEF
(Infringement of the Nelson Copyright – 17 U.S.C. §§ 106, 501)

38.     Philpot incorporates by reference each allegation contained in Paragraphs 1

through 37 above.

39.     Philpot owns the Nelson Copyright and the copyright registration for it, which are

both valid and enforceable.

40.     Ingraham Media infringed Philpot's Nelson Copyright in at least the following

ways.

A.     Liability for Reproduction under 17 U.S.C. § 106(1)

41.     Ingraham Media infringed the Nelson Copyright by reproducing the Nelson

Photograph on a hard drive and on the server at the Nelson URL in violation of 17 U.S.C.

§ 106(1).

B.     Liability for Public Display under 17 U.S.C. § 106(5)

42.     Ingraham Media infringed the Nelson Copyright by publicly displaying the

Nelson Photograph on the Internet at the Nelson URL and/or in the search results for the Nelson

Article in violation of 17 U.S.C. § 106(5).

43.     Upon information and belief, the foregoing acts of infringement by Ingraham

Media were willful and/or in reckless disregard to Philpot's rights.

44.     As a direct result of Ingraham Media's infringements of the Nelson Copyright,

Philpot is entitled, pursuant to 17 U.S.C. § 504(b), to his damages and/or Ingraham Media's

profits from the infringement.

45.     Alternatively, Philpot is entitled to statutory damages pursuant to 17 U.S.C.

§ 504(c) of up to $150,000 for the willful infringement of the Nelson Copyright.

A THIRD CLAIM FOR RELIEF
(Infringement of the Kid Rock Copyright – 17 U.S.C. §§ 106, 501)

46.     Philpot incorporates by reference each allegation contained in Paragraphs 1

through 45 above.

47.     Philpot owns the Kid Rock Copyright and the copyright registration for it, which

are both valid and enforceable.

48.     Ingraham Media infringed Philpot's Kid Rock Copyright in at least the following

ways.

A.      Liability for Reproduction under 17 U.S.C. § 106(1)

49.     Ingraham Media infringed the Kid Rock Copyright by reproducing the Kid Rock

Photograph on a hard drive and on the server at the Kid Rock URL in violation of 17 U.S.C.

§ 106(1).

B.      Liability for Public Display under 17 U.S.C. § 106(5)

50.     Ingraham Media infringed the Kid Rock Copyright by publicly displaying the Kid

Rock Photograph on the Internet at the Kid Rock URL and/or in the search results for the Kid

Rock Article in violation of 17 U.S.C. § 106(5).

51.     Upon information and belief, the foregoing acts of infringement by Ingraham

Media were willful and/or in reckless disregard to Philpot's rights.

52.     As a direct result of Ingraham Media's infringements of the Kid Rock Copyright,

Philpot is entitled, pursuant to 17 U.S.C. § 504(b), to his damages and/or Ingraham Media's

profits from the infringement.

53.     Alternatively, Philpot is entitled to statutory damages pursuant to 17 U.S.C.

§ 504(c) of up to $150,000 for the willful infringement of the Kid Rock Copyright.

WHEREFORE, Philpot respectfully requests judgment as follows:

A.      That Ingraham Media be adjudged to have infringed upon Philpot's copyrights in the Nugent Photograph, Nelson Photograph, and Kid Rock Photograph in violation of 17 U.S.C. § 106;

B.      That Philpot be awarded the greater of (a) Philpot's actual damages and/or Ingraham Media's profits attributable to its infringement of Philpot's copyrights, or (b) alternatively, statutory damages of up to $150,000 per work, pursuant to 17 U.S.C. § 504, the precise amount to be determined by the trier of fact in this action;

C.      That Ingraham Media and its officers, directors, employees, agents, representatives, affiliates, subsidiaries, distributors, licensees and all persons or entities acting in concert or participation with it, be enjoined pursuant to 17 U.S.C. § 502 from copying, reproducing, distributing, adapting, or publicly displaying the Nugent Photograph, Nelson Photograph, and Kid Rock Photograph;

D.      That Philpot be awarded his costs, including reasonable attorneys' fees, pursuant to 17 U.S.C. § 505; and

E.      That Philpot be granted such other and further relief as the Court may deem just and proper.

<u>Demand For Jury Trial</u>

Philpot hereby demands a trial by jury on all issues so triable in accordance with Federal

Rule of Civil Procedure 38(b).

Dated:  Washington, D.C.
         July 17, 2017

                                    RIEBLING IP, PLLC

                                    By: */s/ Peter J. Riebling*
                                    (D.C. Bar. No. 443250)
                                    1717 Pennsylvania Avenue, N.W.
                                    Suite 1025
                                    Washington, D.C. 20006-3591
                                    Telephone: (202) 631-2021
                                    peter.riebling@rieblinglaw.com

                                    Attorneys for Plaintiff,
                                    Larry Philpot

DUNNEGAN & SCILEPPI LLC
350 Fifth Avenue
New York, New York 10118,

              Of Counsel.

# EXHIBIT A



# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
## VAu 1-164-624

**Effective date of registration:**
August 21, 2013

## Title

**Title of Work:** Concert photographs through August 15, 2013

## Completion/Publication

**Year of Completion:** 2013

## Author

- **Author:** Larry Gene Philpot
  **Author Created:** photograph(s)

  **Work made for hire:** No
  **Citizen of:** United States     **Domiciled in:** United States
  **Year Born:** 1953

## Copyright claimant

**Copyright Claimant:** Larry Gene Philpot
12527 Winding Creek Lane, Indianapolis, IN, 46236

## Certification

**Name:** Larry G. Philpot
**Date:** August 15, 2013

**Registration #:** VAU001164624
**Service Request #:** 1-979744461



Larry Philpot
8125 Halyard Way
Indianapolis, IN 46236  United States

# EXHIBIT C



# EXHIBIT D

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
## VAu 1-132-411

**Effective date of registration:**
September 5, 2012

## Title

**Title of Work:** 2009 Musician Photos

**Contents Titles:** 2009 Musician Photos

## Completion/Publication

**Year of Completion:** 2009

**Nation of 1st Publication:** United States

## Author

■ **Author:** Larry Gene Philpot

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States          **Domiciled in:** United States

**Year Born:** 1953

## Copyright claimant

**Copyright Claimant:** Larry Gene Philpot

12527 Winding Creek Lane, Indianapolis, IN, 46236

## Rights and Permissions

**Name:** Larry Philpot

**Email:** larrygphilpot@gmail.com          **Telephone:** 317-567-1338

**Address:** 12527 Winding Creek Lane

Indianapolis, IN 46236 United States

## Certification

**Name:** Larry G. Philpot

**Date:** September 5, 2012

**Correspondence:** Yes



# EXHIBIT E



# EXHIBIT F

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-182-727

**Effective date of
registration:**

December 9, 2013

## Title

**Title of Work:** Unpublished Photographs through 11.23.13

## Completion/Publication

**Year of Completion:** 2013

## Author

■ **Author:** Larry Gene Philpot

**Author Created:** photograph(s)

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Larry Gene Philpot

12527 Winding Creek Lane, Indianapolis, IN, 46236

## Rights and Permissions

**Name:** Larry Gene Philpot

**Email:** larry@behindthemusic.net          **Telephone:** 317-567-1338

**Address:** 12527 Winding Creek Lane

Indianapolis, IN 46236  United States

## Certification

**Name:** Larry G. Philpot

**Date:** November 25, 2013

**Registration #:** VAU001182727
**Service Request #:** 1-1030045417



Larry Gene Philpot
8125 Halyard Way
Indianapolis, IN 46236  United States

# EXHIBIT G

- [LifeZette](#)
- [PoliZette](#)
- [MomZette](#)
- [HealthZette](#)
- [FaithZette](#)
- [PopZette](#)
- [Videos](#)
  - [About LifeZette](#)
  - [Advertise With Us](#)
  - [Jobs at LifeZette](#)
  - [Contact Us](#)
  - [Terms of Use](#)
  - [Privacy Policy](#)

- [LifeZette](#)
- [PoliZette](#)
- [MomZette](#)
- [HealthZette](#)
- [FaithZette](#)
- [PopZette](#)
- [Videos](#)
- [Sign up](#)



Life. Explained.

nugent

Search



Viewing 1 to 8 of 8 total results for search term(s): nugent

Page: 1



### [Ted Nugent Is Doing This in the Wake of the Virginia Shootings](#)

[Perhaps many entertainers on the Left should consider taking these smart steps as well](#)

[Sasha Savitsky](#)



## GOP Congressmen Demand Right to Defend Themselves in D.C.

Republican lawmakers consider override of concealed-carry restrictions in wake of ambush

Margaret Menge



## This Conservative Celebrity Might Run for Office

He's glad to have a 'hell-raiser in the White House' and wants to do his part to help the country

Sasha Savitsky

## Ted Nugent: 'Devious Behavior by the Democrats Is So out of Control'

Shannon McGorry



## As President's Approval Numbers Slump, Ivanka's Brand Soars

First daughter's fashion line is more popular and active than ever before, despite her clarity on stepping away from the business

PopZette Staff



### Ted Nugent Says 'Substance Abuse' Has Ruined Anti-Trumper David Crosby

The two musicians have been feuding over their feelings toward the Republican president

**PopZette Staff**



### Trump Gets Low Marks on 100-Day Report Card

President makes steady but slow progress battling negative coverage, Washington sluggishness

**Brendan Kirby**



### Out of One Ring (Pro Wrestling) and into Another (Politics)

Kane, aka Glenn Jacobs, is latest wrestler to shed a costume and run for public office — what's the appeal for these fighters?

**Zachary Leeman**

Advertisement

Page: 1

Viewing 1 to 8 of 8 total results for search term(s): nugent



# LifeZette

Life. Explained.

Connect with LifeZette

- LifeZette
- PoliZette
- MomZette
- HealthZette
- FaithZette
- PopZette
- Videos

- About LifeZette
- Advertise With Us
- Jobs at LifeZette
- Contact Us

| Email Address | GO |

Connect with LifeZette
© 2017 Ingraham Media, Inc. All Rights Reserved Terms of Use Privacy Policy

# EXHIBIT H



# PopZette

Pop Culture. Explained.

Completely free credit score

## 460

No credit card required

Poor | Fair | Good | Excellent

credit karma

See my score



# Ted Nugent Says 'Substance Abuse' Has Ruined Anti-Trumper David Crosby

The two musicians have been feuding over their feelings toward the Republican president

by PopZette Staff | Updated 24 Apr 2017 at 1:00 PM

David Crosby and Ted Nugent are at odds.

The musicians have been taking jabs at each other on social media and in interviews in recent days.

It all began when Crosby slammed a photo of Nugent at the White House with President Donald Trump, writing on Twitter on Thursday that the image featured a "pair of a**holes."

*Related: Tired Springsteen Tries Politics to Stay Relevant*

Nugent fired back last Thursday while speaking with radio station 77-WABC.

"David Crosby, he's kind of a lost soul, and he's done so much substance abuse throughout his life that his logic meter is gone," Nugent said during the chat. "His reasoning and his depth of understanding is pretty much gone, so it doesn't surprise me, I feel quite sad for the guy."





Crosby then took to Twitter to respond. He wrote, "Nugent is a brainless twit ... I can outthink him without even trying hard."

It's no huge surprise that Crosby — a liberal star who has spoken out against Trump — and Nugent, who is known for his conservative views, aren't the best of friends. They are both politically active and stand firmly on opposite sides.

In an interview posted on his website, Crosby said that Trump scared him. He said Trump "can't control his mouth or his mind. He's an idiot, and a scary one."

This article originally appeared in *Fox News* and is used with permission.

Read more at *Fox News*:
*'I Am Heath Ledger' Director: Actor 'Was Excited About Every Breath He Took'*

*Justin Bieber Explains on His 2014 DUI Arrest*

*'Baywatch' Actress Kelly Rohrbach Recalls Struggle to Fit into Iconic Swimsuit*

Order Eric Bolling's 'The Swamp'

*It's time for Americans to drain the swamp. Here's how we can do it!*

HERE'S HOW WE CAN DO IT.

Ad · bolls

## YOU MIGHT ALSO LIKE...

*In Austin, Texas: Where Musicians Go to Thrive*

### YOU MAY LIKE
Sponsored Links












New York, New York: This Brilliant Company Is...

Why Is Quicken Loans Urging Americans To Sw...

Top 50 Best Selling Protein Bars

Bridesmaid Steals The Show At Best Friends Wedding

Do You Come From Royal Blood? Your Last Name May Tel...

Steven Tyler's Car Is Far From What You'd Expect

Most Civilians Can't Pass Our Offensive Military Tactics Q...

The Real Reason Why Much of Australia Is...

Advantage II Flea Treatment for Large Cats Over 9 lbs. 4...

### DAILYZETTE
News, insight and analysis across politics, parenting, health, faith and pop culture.

Email address    GO

By signing up you agree to our terms



PC Users Urged To Do This

TAKE CHARGE
Incorporate your business today
SAVE $100

### POPULAR


CNN Tailspin: Network Bungles Response to Blackmail Firestorm


CNN Blackmail: Massive Backlash After Network Threatens Reddit User


House Democratic Leader Thrice Denies Support for Pelosi


Democrats Risk Major Backfire with 'Unfit for Office' Push Against Trump


Trump Scales Back Obama's Independence Day Flair

### FROM THE WEB


Congress Gives New York Homeowners Who Owe Less Than $300-625k A Once-In-A-Lifetime Mortgage Bailout


Hiring a Handyman: The Best Solution for Your Small Home Repairs


Remodeling Your Kitchen? See How Much Your Cabinets Will Cost.


25 Makeup Tips All Older Women Should Know

New Lasik Procedure Delivers 'Super-Vision' In Minutes

This CPAP Mask is a Dream Come True

## Don't throw your old batteries
If you use this 1 tip, you don't need to throw your old batteries again.

Tip

## LifeZette  Life. Explained.

Connect with LifeZette

Email Address    GO

#LifeZette  PopZette  MomZette  HealthZette  FaithZette  PopZette  Video

About LifeZette  Advertise With Us  Jobs at LifeZette

© 2017 LifeZette Media, Inc. All Rights Reserved.   Terms of Use   Privacy Policy





# EXHIBIT I

- [LifeZette](#)
- [PoliZette](#)
- [MomZette](#)
- [HealthZette](#)
- [FaithZette](#)
- [PopZette](#)
- [Videos](#)
  - [About LifeZette](#)
  - [Advertise With Us](#)
  - [Jobs at LifeZette](#)
  - [Contact Us](#)
  - [Terms of Use](#)
  - [Privacy Policy](#)

- [LifeZette](#)
- [PoliZette](#)
- [MomZette](#)
- [HealthZette](#)
- [FaithZette](#)
- [PopZette](#)
- [Videos](#)
- [Sign up](#)



Life. Explained.

 Willie Nelson

 Search

HostGator.com©

Viewing 1 to 10 of 10 total results for search term(s): Willie Nelson

Page: [1](#)



**[Floore's Country Store Celebrates 75 Years of Music, Food and Fun](#)**

[Texas destination was the birthplace of Willie Nelson's career — but is known for so much more than that](#)

[Zachary Leeman](#)



### Austin, Texas: Where Musicians Go to Thrive

Capital city of the Lone Star State boasts a bustling music scene that is far different from anywhere else

Dave Taylor



### The Six Most Anti-Trump Performers at Work Today

Musical entertainment has become outrageously political in the age of Donald Trump — oh, how some big stars have fallen

Zachary Leeman



### Why Things Could Get Awkward at the Country Music Awards

The ACMs and CMAs will need to set aside their competitive natures so that fans and creativity benefit

Zachary Leeman



### Woody Harrelson Gives Up Pot After 30 Years

But plenty of celebs still partake of the drug and are weirdly proud of it — here are five of Tinseltown's biggest tokers

PopZette Staff



### Miley Lives Down to Hype

Cyrus promotes pot, flashes skin at VMAs

**Christian Toto**



### Music to the Candidates' Ears

LifeZette reveals songs the presidential contenders listen to on the trail

**PoliZette Staff**



### Musicians on Pot

The list is long and colorful

**Joseph Curl**



### Country Classics

7 songs your kids should know

**Christopher Edwards**



### [Nelson's Complicated 'Story'](#)

Contradictions abound in crooner's background

**Christian Toto**

Advertisement

Page: 1

Viewing 1 to 10 of 10 total results for search term(s): Willie Nelson



# LifeZette

Life. Explained.

Connect with LifeZette

- LifeZette
- PoliZette
- MomZette
- HealthZette
- FaithZette
- PopZette
- Videos

- About LifeZette
- Advertise With Us
- Jobs at LifeZette
- Contact Us

| Email Address | **GO** |

Connect with LifeZette

© 2017 Ingraham Media, Inc. All Rights Reserved Terms of Use Privacy Policy

# EXHIBIT J

- [LifeZette](#)
- [PoliZette](#)
- [MomZette](#)
- [HealthZette](#)
- [FaithZette](#)
- [PopZette](#)
- [Videos](#)
  - [About LifeZette](#)
  - [Advertise With Us](#)
  - [Jobs at LifeZette](#)
  - [Contact Us](#)
  - [Terms of Use](#)
  - [Privacy Policy](#)

- [LifeZette](#)
- [PoliZette](#)
- [MomZette](#)
- [HealthZette](#)
- [FaithZette](#)
- [PopZette](#)
- [Videos](#)
- [Sign up](#)



Life. Explained.

kid rock

Search


URBAN OUTFITTERS
SHOP NOW

Viewing 1 to 14 of 14 total results for search term(s): kid rock

Page: [1](#)



### [Kid Rock Might Be Running for Senate](#)

[Tweets suggest the singer is the latest celebrity to be inspired by the presidency of Donald Trump](#)

**[Zachary Leeman](#)**



### [Keeping Watch Over Our American Families](#)

[For local law enforcement, the night shift can bring a host of worries as they work to keep our communities safe](#)

**[T.B. Lefever](#)**



### [Ted Nugent Says 'Substance Abuse' Has Ruined Anti-Trumper David Crosby](#)

[The two musicians have been feuding over their feelings toward the Republican president](#)

**[PopZette Staff](#)**



## [My Good Friday Conversion](#)

[After enduring the unexpected death of my six-year-old sister, I felt the comforting arms of a newfound faith welcome me](#)

**[Mary Catherine Connor](#)**



## [The Great Chuck Berry, Remembered Forever](#)

[This extraordinary musician and performer helped usher in rock 'n' roll — with heart, soul, grit, and drama](#)

**[Lee Habeeb](#)**



## [Sinatra: Still the Chairman at 100](#)

[The iconic crooner didn't just sing his songs — he lived them](#)

**[Raymond Arroyo](#)**



## Hanukkah in America: 6 Great Fetes

Smart, fun ways to celebrate the Festival of Lights

**Lauren Markoe**



## Go Take a Hike

Discovering a perfect fall pastime for a family of six

**Joy Kalfopulos Wagner**



## Andrew Belle: Never Give Up

Singer-songwriter's hustle and heart pays off

**Christian Toto**



### Kids' Rooms Revamped

Give your children's space a makeover — on the cheap

**Kalliope Konjas**



### Drop-Off Nation

Today's car culture blunts children's independence

**Deirdre Reilly**



### Garth Brooks: Comeback Kid

Country superstar's return hits the right notes

**Christian Toto**



## **Country Classics**

7 songs your kids should know

**Christopher Edwards**



## **James Dean Never Died**

How to stay 24 forever

**Alanna Nash**

Advertisement

Page: 1

Viewing 1 to 14 of 14 total results for search term(s): kid rock

 

hostgator.com

# LifeZette

Life. Explained.

Connect with LifeZette

- LifeZette
- PoliZette
- MomZette
- HealthZette
- FaithZette
- PopZette
- Videos

- About LifeZette
- Advertise With Us
- Jobs at LifeZette
- Contact Us

| Email Address | GO |

Connect with LifeZette

© 2017 Ingraham Media, Inc. All Rights Reserved Terms of Use Privacy Policy